IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

RECEIVED
2014 JAN -2 P 1:55
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

STANELY TERRELL JACKSON #185657
Full name and prison number
of plaintiff(s)

v.

DAVID PULLOM, C.O., AND
SGT. BENNETT,

_____

_____

Name of person(s) who violated
your constitutional rights.
(List the names of all the
persons.)

CIVIL ACTION NO. 2:14cv-009-TMH
(To be supplied by Clerk of
U.S. District Court)

**DEMAND FOR JURY TRIAL**

I.  PREVIOUS LAWSUITS
    A.  Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action? YES ( ) NO (✓)

    B.  Have you begun other lawsuits in state or federal court relating to your imprisonment? YES ( ) NO (✓)

    C.  If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

        1.  Parties to this previous lawsuit:

            Plaintiff(s) _____N/A_____

            Defendant(s) _____N/A_____

        2.  Court (if federal court, name the district; if state court, name the county) _____N/A_____

3. Docket number _N/A_

4. Name of judge to whom case was assigned _N/A_

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _N/A_

6. Approximate date of filing lawsuit _N/A_

7. Approximate date of disposition _N/A_

II. PLACE OF PRESENT CONFINEMENT _Ventress Correctional Facility_

PLACE OF INSTITUTION WHERE INCIDENT OCCURRED _Ventress Correctional Facility F1 Segregation Dorm_

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

NAME / ADDRESS

1. _David Pullom, 379 Highway 239 North, Clayton, AL 36016_
2. _Sgt. Bennett, 379 Highway 239 North, Clayton, AL 36016_
3.
4.
5.
6.

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED _December 21, 2013_

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: _Defendant Pullom used excessive force on me in violation of my 8th and 14th Amendment Rights of the U.S. Constitution._

2

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

On December 21, 2013, Officer/Defendant Pullum approached me in F1 Dormitory, and ask me why I was still in the Dorm, and when I told him my cloth is wet, Defendant Pullum went into a rage grabbed me by my head and kneed me in my face bursted my lip and excessively sprayed me with chemical mace

GROUND TWO: Defendant Bennett did in fact intimidate my witness officer Jackson in violation of my 14th Amendment right of the U.S. Const.

SUPPORTING FACTS: On December 21, 2013, Defendant Bennett used his rank to stop Witness Jackson From revealing the truth to the question that the Plaintiff Jackson did nothing to Defendant Pullom which warranted the use of physical force. The Plaintiff had a Due Process right to the truth under the 14th Amend. U.S. Const.

GROUND THREE: _____

SUPPORTING FACTS: _____

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

*Plaintiff seek's a trial by Jury pursuent to the Federal Rules Civil Procedure. Plaintiff seek $10,000.000 (Ten million Dollars) for loss of his constitutional Rights on the punitive basis Based on Defendants arbitrary concerted acts.*

Stanly Jackson #285657
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on 12-23-2013.
(Date)

Stanly Jackson #285657
Signature of plaintiff(s)

NAME Stanely T. Jackson AIS #285657 DORM # F1
VENTRESS CORRECTIONAL FACILITY
P. O. BOX 767
Clayton, AL 36016




"This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated, and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication."

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
P. O. BOX 711
MONGOMERY, ALABAMA 36101