IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| STANLEY TERRELL JACKSON, # 285657, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CASE NO. 2:14-CV-9-TMH ) |
| DAVID PULLOM, CO, *et al.*, | ) ) |
| Defendants. | ) |

## **ORDER**

On May 29, 2014, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. (Doc. # 15). Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED that the Recommendation is ADOPTED, and that this case is DISMISSED without prejudice for the plaintiff's abandonment of his claims and his failure to comply with the orders of the court.

A separate final judgment will be entered.

DONE this 14th day of July, 2014.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE